# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3211

_____

RODRICK CARTER,

Appellant,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
William R. Slaughter, Judge.

June 27, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rodrick Carter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.